■ In the Matter of EUGENE WATKINS, Appellant, v EDWARD R. HAMMOCK, as Chairman of the New York State Board of Parole, Respondent.—In a proceeding pursuant to CPLR article 78, *inter alia,* to compel the respon-

dent to set forth meaningful reasons why the petitioner was denied parole, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated June 14, 1977, which, after a hearing, dismissed the petition. Judgment affirmed, without costs or disbursements (see *Matter of Briguglio v New York State Bd. of Parole*, 24 NY2d 21; *Burke v Commissioner of Parole of State of N. Y.*, 52 AD2d 589). Mollen, P. J., Hopkins, Titone, Shapiro and O'Connor, JJ., concur.